UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-32822 |
|---|---|
| Billie Blake | (Chapter 13) |
| Barbara L Blake | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 29/ 43 | PERFORMANCE CAPITAL MGMT<br>7001 VILLAGE DR<br>STE 255<br>BUENA PARK, CA  90621 | 136.86 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service 09-32822

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Billie Blake<br>Barbara L Blake<br>5330 Northford Road<br>Dayton, OH  45426 | RICHARD P ARTHUR<br>1634 S SMITHVILLE RD<br>DAYTON, OH  45410 | (63.1n)<br>CYNTHIA A JEFFREY<br>BOX 968<br>TWINSBURG, OH  44087 |
| (69.1n)<br>DENNIS A LIEBERMAN<br>ATTN EMERSON R KECK<br>15 WEST FOURTH STREET STE 100<br>DAYTON, OH  45402 | (62.1n)<br>HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ  85712 | (70.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 |
| (43.1)<br>PERFORMANCE CAPITAL MGMT<br>7001 VILLAGE DR<br>STE 255<br>BUENA PARK, CA  90621 | (58.1n)<br>US ATTORNEY GENERAL<br>MAIN JUSTICE BLDG RM 5111<br>10TH ST & CONSTITUTION AVE NW<br>WASHINGTON, DC  20530 | (59.1n)<br>US ATTORNEY GENERAL<br>602 FEDERAL BLDG<br>200 WEST SECOND ST<br>DAYTON, OH  45402 |

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv